IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JONATHAN F. RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>BECTON, DICKINSON AND COMPANY, and BD MEDICAL-MEDICATION DELIVERY SOLUTIONS,<br><br>Defendants. | 8:23CV191<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel,

**IT IS ORDERED:**

1. On or before March 20, 2025, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 20th day of February, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge